IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
BILLINGS DIV.
2010 MAR 5 PM 12 14
PATRICK E. DUFFY, CLERK
BY _____
        DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV-09-13-BLG-RFC-CSO |
| Plaintiffs, | ) |
| vs. | ) |
| | ) ORDER ADOPTING FINDINGS |
| | ) AND RECOMMENDATIONS OF |
| RONALD and BEVERLY OHLIN; | )   MAGISTRATE JUDGE AND |
| STATE OF MONTANA, DEPT. | )   ORDER FOR JUDICIAL SALE |
| OF REVENUE; and PORTFOLIO | ) |
| RECOVERY ASSOCIATES, LLC, | ) |
| Defendants. | ) |

United States Magistrate Judge Carolyn Ostby has entered Findings and Recommendations (*Doc. 55*) on the Ohlin's Motion to Dismiss Plaintiff's Motion for Summary Judgment (*Doc. 51*). Judge Ostby recommends the motion be denied.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). The time for objection has expired and no objections have been filed. The failure to object waives all objections to the findings of fact, *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999), but does not relieve this Court of its burden to review de novo the

1

magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After a reviewing of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

**IT IS HEREBY ORDERED** that the Ohlin's Motion to Dismiss Plaintiff's Motion for Summary Judgment (*Doc. 51*) is **DENIED**.

DATED the 5th day of March 2010.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE