IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV-09-13-BLG-RFC-CSO |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS OF |
| RONALD and BEVERLY OHLIN; ) | MAGISTRATE JUDGE |
| STATE OF MONTANA, DEPT. ) | |
| OF REVENUE; and PORTFOLIO ) | |
| RECOVERY ASSOCIATES, LLC, ) | |
| ) | |
| Defendants. ) | |

United States Magistrate Judge Carolyn Ostby has recommended the denial of the Ohlin's Motion to Stay Pending Appeal. *Doc. 61*. Judge Ostby recommends the motion be denied because the Ohlins have not filed a supersedeas bond and have again failed to comply with Local Rule 7.1(c)(1).

Upon service of a magistrate judge's findings and recommendation, a party has 14 days to file written objections. 28 U.S.C. § 636(b)(1). The time for objection has expired and no objections have been filed. The failure to object waives all objections to the findings of fact, *Turner v. Duncan*, 158 F.3d 449, 455

1

(9th Cir. 1999), but does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After a reviewing of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

**IT IS HEREBY ORDERED** that the Ohlin's Motion to Stay (*Doc. 59*) is **DENIED.**

DATED the 1st day of June 2010.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE